UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:20-CR-00137-02** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSHUA EVANS (02)** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

Before the court is a Report and Recommendation [doc. 128] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 129] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the once-count Indictment

Sentencing is set for February 9, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 19th day of October, 2022.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**